# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EMILY TAYLOR,**
Appellant,

v.

**KYLE CASEY,**
Appellee.

No. 4D2025-3022

[July 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren Alperstein, Judge; L.T. Case No. 062024DR014187AXXXCE.

Emily Taylor, Talihina, Oklahoma, pro se.

Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed. See, inter alia, A.L. v. Dep't of Children & Families*, 958 So. 2d 606, 607 (Fla. 4th DCA 2007) ("In the absence of an adequate transcript on appeal, a judgment that is not fundamentally erroneous must be affirmed.") (cleaned up) (quotation omitted).

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***